```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
                                   :
UNITED STATES OF AMERICA           :    ORDER
                                   :
    -v.-                           :    21 Cr. 742-2 (JPO)
                                   :
JOSHUA ROMERO,                     :
                                   :
                Defendant.         :
                                   :
------------------- x
```

WHEREAS, with the consent of defendant JOSHUA ROMERO, the defendant's guilty plea allocution was taken before the United States Magistrate Judge on April 26, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted;

SO ORDERED.

Dated:   New York, New York
         May 6, 2022

_____
J. PAUL OETKEN
United States District Judge